IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Number 2:15- 774 |
| | ) | |
| | ) | 18 USC §922(g)(1) |
| -versus- | ) | 18 USC §924(a)(2) |
| | ) | 18 USC §924(e) |
| | ) | |
| **JEFFREY EDWARDS** | ) | |

## INDICTMENT

### COUNT 1

THE GRAND JURY CHARGES:

On or about December 9, 2012, in the District of South Carolina, the defendant, **JEFFREY EDWARDS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, a Doublestar Corp. model Star-15, 5.56mm rifle and .223 ammunition, which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about March 5, 2014, in the District of South Carolina, the defendant, **JEFFREY EDWARDS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess and receive in and affecting commerce, a firearm, that is, a Cobra Enterprises, Model CB9 9mm derringer pistol, which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

A True BILL

FOREPERSON

WILLIAM N. NETTLES (ef)
UNITED STATES ATTORNEY